UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDITH L CANDILARIO,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN LUNG ASSOCIATION, et al.,<br><br>Defendants. | Case No. 21-cv-03053-WHO<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

On August 13, 2021, Magistrate Judge Donna M. Ryu issued a Report and Recommendation, recommending the court dismiss this case without prejudice for failure to prosecute. Dkt. No. 9. Objections were due on or before August 27, 2021. As of today's date, no objection or other response has been filed by any party.

Having reviewed the record in this case, I agree with Magistrate Judge Ryu's Report and Recommendation and adopt it in full. Under Federal Rule of Civil Procedure 4(m), a court must dismiss an action without prejudice if the defendant has not been served within ninety (90) days after the complaint is filed. A complaint was filed in this case on April 27, 2021 and service of the summons and complaint was due by July 26, 2021. On July 30, 2021, Magistrate Judge Ryu ordered plaintiff to file a status report on service by August 6, 2021. Dkt. No. 8. Plaintiff has not filed a proof of service or otherwise responded to the court's orders. Accordingly, this action is DISMISSED without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: August 30, 2021

WILLIAM H. ORRICK
United States District Judge